UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-22337-Civ-SCOLA

SWIPE FOR LIFE, LLC,

    Plaintiff,

v.

XM LABS, LCC et al.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING RULING OF MAGISTRATE JUDGE

THIS MATTER is before the Court on the Order Granting in Part and Denying in Part Motion for Attorney's Fees and Costs [ECF No. 150], issued by Magistrate Judge Ted E. Bandstra on December 17, 2012. The Magistrate Judge has ruled that the Plaintiff should be awarded $58,809.34 in fees and $5,262.33 in costs. No objections or appeals to the Magistrate Judge's ruling have been filed, and the time to do so has now passed.

Upon *de novo* review of the record, the Court finds the Magistrate Judge's rulings are correct. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Magistrate Judge's Order Granting in Part and Denying in Part Motion for Attorney's Fees and Costs [ECF No. 150] is **AFFIRMED and ADOPTED** in full. Plaintiff is awarded $64,071.67 for fees and costs incurred in this action, for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, on January 25, 2013.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*
*Addresses of record*